JUDGE CASTEL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA       :

      v.                            :    **INDICTMENT**

GLENN F. JOHNSON,              :    08 Cr.

              Defendant.     :

- - - - - - - - - - - - - - - - - -x

**08 CRIM 781**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 18 2008

COUNT ONE

The Grand Jury charges:

In or about April 2008, in the Southern District of New York and elsewhere, GLENN F. JOHNSON, the defendant, unlawfully, willfully, knowingly and with intent to deceive, for the purpose of obtaining for himself payments and any other benefits to which he was not entitled, and for the purpose of obtaining anything of value from any person, and for any other purpose, did falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to him, to wit, JOHNSON used a social security number ending in -9226 that in fact was not the social security number assigned to him in order to open Citibank bank accounts.

(Title 42, United States Code, Section 408(a)(7)(B).)

_____          _____
Foreperson                         MICHAEL J. GARCIA
                                         United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

GLENN JOHNSON,

Defendant.

INDICTMENT

08 Cr.

(42 U.S.C. § 408.)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.