UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA            :

       -v-                          :    ORDER

GLENN F. JOHNSON,                   :    08 Cr. 781 (PKC)

       Defendant.                  :

- - - - - - - - - - - - - - - - -X

```
                          USDS SDNY
                          DOCUMENT
                          ELECTRONICALLY FILED
                          DOC #: _____
                          DATE FILED: 8/25/08
```

Upon the application of the United States of America, by and through Assistant United States Attorney Daniel S. Goldman, and with the consent of the defendant, GLENN F. JOHNSON, (and upon independent review by the Court) PKC by and through his counsel, Kelley Sharkey, Esq., it is hereby ORDERED that the time between the date of this Order and the date of the arraignment and initial pretrial conference, September 8, 2008, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because it will allow defense counsel to, among other things, review discovery, contemplate the filing of any pretrial motions, and evaluate the potential for an early disposition of the matter.

Dated: New York, New York
      August 20, 2008

                               _____
                               HONORABLE P. KEVIN CASTEL
                               UNITED STATES DISTRICT JUDGE